# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 12-40044-02-JAR |
| | ) |
| **TERRY THOMAS,** | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

## ORDER

On this 17th day of January 201, the above-entitled matter comes before the Court on Defendant's Motion to Communicate with Jurors (Doc. 122). The Court declines, in its discretion, to grant the desired interviews of the trial jurors due to a lack of any facts suggesting improper influences on the jury.

**IT IS THEREFORE ORDERED BY THE COURT** that the Motion to to Communicate with Jurors (Doc. 122) is **DENIED WITHOUT PREJUDICE.**

**IT IS SO ORDERED**.

Dated: January 17, 2013

 S/ Julie A. Robinson
JULIE A. ROBINSON
UNITED STATES DISTRICT JUDGE